IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02236-RPM

SYNTHES USA, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CENTENNIAL REALTY PARTNERS, LLLP,
a Colorado limited liability limited partnership,
COLARELLI CONSTRUCTION INC., a Colorado Corporation,
SIERRA PROPERTIES, INC., a Colorado Corporation,
STEPHEN G. BACH, an individual,
STEPHEN F. ELKEN, an individual, and
MICHAEL HELWEGE, an individual,

    Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **March 12, 2010, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 4, 2010.**

The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

DATED:   January 14th, 2010

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge