IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02236-RPM

SYNTHES USA, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CENTENNIAL REALTY PARTNERS, LLLP,
a Colorado limited liability limited partnership,
COLARELLI CONSTRUCTION INC., a Colorado Corporation,
SIERRA PROPERTIES, INC., a Colorado Corporation,
STEPHEN G. BACH, an individual,
STEPHEN F. ELKEN, an individual, and
MICHAEL HELWEGE, an individual,

    Defendants.

_____

## ORDER DENYING MOTION FOR RECONSIDERATION
_____

Upon review of the Plaintiff's motion for reconsideration [38], filed January 19, 2010, together with its response to Defendant Colarelli Construction Inc.'s motion to dismiss Count XIII, the Court having considered the authorities cited and finding them neither controlling nor persuasive, the motion is denied. The motion did address the amended complaint in its opposition to the motion for leave to amend and the Court considered all of the allegations in the amended complaint which is now the operative pleading. This is not an issue of justiciability, it is that the relief requested is not appropriate relief but simply an advisory opinion. It is

ORDERED that the motion for consideration is denied.

DATED:    January 20th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge