IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:               March 12, 2010
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki
_____

Civil Action No.09-cv-02236-RPM

| | |
|---|---|
| SYNTHES USA, LLC, a Delaware limited liability company, | Daniel S. Wittenberg |
| | Jessica E. Yates |
| Plaintiff, | |
| v. | |
| CENTENNIAL REALTY PARTNERS, LLLP, | Russell W. Sinnett |
| a Colorado limited liability limited partnership, | Jason Downey |
| COLARELLI CONSTRUCTION INC., a Colorado Corporation, | William K. Rounsborg |
| SIERRA PROPERTIES, INC., a Colorado Corporation, | Heather Judd |
| STEPHEN G. BACH, an individual, | Geoffrey L. Lindquist |
| STEPHEN F. ELKEN, an individual, and | Brian T. Ray |
| MICHAEL HELWEGE, an individual, | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**2:55 p.m.**     **Court in session.**

**ORDERED:**   Defendants Centennial Realty Partners, LLLP And Stephen F. Elken's Motion to Dismiss Count I, Count II, Count III, Count IV, Count V, Count VII and Count XII of the Plaintiff's First Amended Complaint, filed January 21, 2010 [42], is denied.

**ORDERED:**   Plaintiff's Motion to Strike, or for Leave to File a Sur-Reply To, Part of the Reply of Defendants Centennial Realty Partners, LLLP and Stephen F. Elken's Motion to Dismiss, filed March 8, 2010 [48], is moot.

Court states its view regarding plaintiff's Colorado Consumer Protection Act Claim.

Court instructs counsel to prepare a discovery deposition schedule and to comply with Local Rule 7.2 regarding any proposed protective order.

Counsel inform the Court that parties have a mediation scheduled for March 16, 2010.

**ORDERED:**   Scheduling Order approved.

**3:12 p.m. Court in recess.**          Hearing concluded.  Total time: 17 min.