IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02236-RPM

SYNTHES USA, LLC, a Delaware limited liability company,

    Plaintiff,

v.

CENTENNIAL REALTY PARTNERS, LLLP,
a Colorado limited liability limited partnership,
COLARELLI CONSTRUCTION INC., a Colorado Corporation,
SIERRA PROPERTIES, INC., a Colorado Corporation,
STEPHEN G. BACH, an individual,
STEPHEN F. ELKEN, an individual, and
MICHAEL HELWEGE, an individual,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

    Upon consideration of the Unopposed Motion to Dismiss with Prejudice [56], filed on November 12, 2010, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

    DATED: November 15th, 2010

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge